STATE of Missouri, Respondent,

v.

**Stephen WOODS, Appellant.**

**No. ED 78753.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 21, 2002.

Mary S. Choi, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., KATHIANNE KNAUP CRANE, J., and ROBERT G. DOWD, JR., J.

## ORDER

PER CURIAM.

Defendant, Stephen Woods, appeals from his judgment of convictions, after a jury trial, for murder in the first degree and armed criminal action. He was sentenced as a prior offender to concurrent terms of imprisonment of life without probation or parole and life, respectively. No jurisprudential purpose would be served by a written opinion. The judgment is affirmed. Rule 30.25(b).